```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14425
   BURNIS R THOMAS JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4997


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/06/2006 and was confirmed 02/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
ACCESS CREDIT UNION      SECURED VEHIC    1792.92           77.36           321.46
SPRINT-NEXTEL CORP       UNSECURED         590.08             .00              .00
CITY OF CHICAGO DEPT OF  UNSECURED        3890.00             .00              .00
COMCAST                  UNSECURED       NOT FILED            .00              .00
STONE PARK POLICE DEPART UNSECURED       NOT FILED            .00              .00
GC SERVICES              UNSECURED       NOT FILED            .00              .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED            .00              .00
NORTHERN EMER OCC MED    UNSECURED       NOT FILED            .00              .00
LINCOLN TECH             UNSECURED          97.72             .00              .00
MERRICK                  UNSECURED       NOT FILED            .00              .00
NORTHLAKE                UNSECURED         750.00             .00              .00
HIGHER EDUCATION STUDENT UNSECURED        8418.03             .00              .00
SBC                      UNSECURED         286.60             .00              .00
SBC                      UNSECURED         497.12             .00              .00
NATIONAL CAPITAL MANAGEM UNSECURED         337.82             .00              .00
RENEE MIDDLEBROOK        NOTICE ONLY     NOT FILED            .00              .00
BURNIS RAY THOMAS SR     NOTICE ONLY     NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,493.00                          753.56
TOM VAUGHN               TRUSTEE                                             78.51
DEBTOR REFUND            REFUND                                                .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,230.89

PRIORITY                                         .00
SECURED                                       321.46
    INTEREST                                   77.36
UNSECURED                                        .00
ADMINISTRATIVE                                753.56

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14425 BURNIS R THOMAS JR
```

```
TRUSTEE COMPENSATION                                         78.51
DEBTOR REFUND                                                  .00
                                       ----------------   ----------------
TOTALS                                       1,230.89          1,230.89
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```